IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SENATOR GENE YAW, et al., **Plaintiffs,** | : : : |
| v. | : Civ. No. 21-119 |
| THE DELAWARE RIVER BASIN COMMISSION, et al, **Defendants.** | : : : : : : |

# O R D E R

**AND NOW**, this 20th day of April, 2021, upon consideration of Bucks and Montgomery Counties' Motion to Intervene (Doc. No. 36), and the other Parties' Responses (Doc. Nos. 42, 44, 45, 46), it is hereby **ORDERED** that the Motion (Doc. No. 36) is **GRANTED**. The Clerk of Court shall **ADD** Bucks and Montgomery Counties to the Docket as Intervenor-Defendants.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.