IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SENATOR GENE YAW, et al.,** : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civ. No. 21-119 |
| : | |
| **THE DELAWARE RIVER BASIN** : | |
| **COMMISSION, et al,** : | |
| : | |
| **Defendants.** : | |
| : | |

# O R D E R

**AND NOW**, this 5th day of May, 2021, upon consideration of the Motion for Leave to Appear as *Amici Curiae* by Members of the Republican Caucus of the Pennsylvania House of Representatives (Doc. No. 55), it is hereby **ORDERED** that the Motion is **GRANTED**. The **CLERK OF COURT** shall **ADD** to the docket: *Amici Curiae* Members of the Republican Caucus of the Pennsylvania House of Representatives.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.