# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SENATOR GENE YAW, et al.,** : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 21-119 |
| : | |
| **THE DELAWARE RIVER BASIN** : | |
| **COMMISSION, ET AL,** : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 11th day of June, 2021, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 34, 35, 39), Plaintiffs' Response (Doc. No. 54), Defendants' Replies (Doc. Nos. 57, 58, 59), Plaintiffs' Sur-Reply (Doc. No. 60), and all related submissions, it is hereby **ORDERED** that:

1. Defendants' Motions to Dismiss (Doc. Nos. 34, 35, 39) are **GRANTED** as follows;

2. The claims of Senators Yaw, Baker, and the Senate Republican Caucus are **DISMISSED with prejudice**;

3. The claims of Damascus and Dyberry Townships and Carbon and Wayne Counties are **DISMISSED without prejudice**. These Plaintiffs may file a Second Amended Complaint **on or before July 1, 2021**. If no Amended Complaint is filed, I will dismiss their claims with prejudice.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.