IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SENATOR GENE YAW, et al.,** : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 21-119 |
| : | |
| **THE DELAWARE RIVER BASIN** : | |
| **COMMISSION, ET AL,** : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 2nd day of July, 2021, Plaintiffs Damascus and Dyberry Townships and Carbon and Wayne Counties having failed to file a Second Amended Complaint in accordance with my June 11 Order, it is hereby **ORDERED** that:

1. The claims of Plaintiffs Damascus and Dyberry Townships and Carbon and Wayne Counties are **DISMISSED with prejudice**;

2. The Amended Complaint (Doc. No. 29) is **DISMISSED with prejudice**;

3. The Clerk of Court shall **CLOSE** this case.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.